**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Robert Petty, | Case No. 2:25-cv-00799-JAD-DJA |
| Plaintiff, | |
| v. | **Order** |
| ICARO Media Group, Inc., a Nevada corporation; Paul Feller, an individual; Elizabeth Anne Petty, an individual; et al., | |
| Defendants. | |

    Ely Markarian, Esq. of the law firm Duane Morris LLP moves to withdraw as counsel of record for Defendants ICARO Media Group, Inc., and Paul Feller.  The Court finds that counsel has met the requirements of Local Rule IA 11-6(b).  Additionally, no party has opposed the motion, constituting their consent to the Court granting it under Local Rule 7-2(d).  New counsel has also appeared on ICARO and Feller's behalf.  (ECF No. 9).  So, the Court grants the motion to withdraw.

    **IT IS THEREFORE ORDERED** that the motion to withdraw (ECF No. 5) is **granted.** The Clerk of Court is kindly directed to remove Duane Morris LLP and its attorneys as counsel of record in this case.

DATED: June 10, 2025

                                            DANIEL J. ALBREGTS
                                            UNITED STATES MAGISTRATE JUDGE