UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Robert Petty, | Case No.: 2:25-cv-00799-JAD-DJA |
| Plaintiff | |
| v. | **Remand Order** |
| Icaro Media Group, Inc., et al., | [ECF No. 12] |
| Defendants | |

This three-year-old case was removed from state court based on federal-question jurisdiction because the plaintiff included the word "federal" once in a parenthetical reference in his eighteenth claim for relief in his third amended complaint. Arguing that this lone reference does not establish federal jurisdiction for this state-law case, the plaintiff moves to remand.[1] For the reasons stated on the record during today's hearing on that motion to remand, IT IS HEREBY ORDERED that:

- Plaintiff's Motion to Remand **[ECF No. 12] is GRANTED in part: the request to remand is granted, but the request for an award of fees and costs is denied**; and

- The Clerk of Court is directed to **REMAND this case back to the Eighth Judicial District Court, Department 19, Case No. A-22-848292-C,** and CLOSE THIS CASE.

This case returns to state court with no motions pending in this federal action.

Dated: July 9, 2025

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 12.